UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 12-6621 DSF | Date | 7/16/13 |
|---|---|---|---|
| Title | In re Thorpe Insulation Co. | | |

Present: The Honorable **DALE S. FISCHER, United States District Judge**

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) Order to Show Cause re Failure to Prosecute

On January 25, 2013, counsel advised in a Joint Statement that this matter had been settled and that a motion approving the settlement was to be heard on January 30, 2013. Counsel has failed to advise the Court regarding the status of the matter and has failed to file a dismissal.  The Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **Monday,** July 29, 2013, why this action should not be dismissed for lack of prosecution.