JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>THORPE INSULATION CO.,<br><br>                Reorganized Debtor.<br>_____<br>MOTOR VEHICLE CASUALTY CO., *et al.*,<br><br>                Appellants,<br>   v.<br>THORPE INSULATION CO., *et al.*,<br><br>                Appellees. | Case No.:  2:12-cv-06621-DSF<br><br>On appeal from the U.S. Bankruptcy Court for the Central District of California (Hon. Sheri Bluebond)<br><br>Bankruptcy Case No. 2:07-bk-19271-BB (Jointly Administered with Bankruptcy Case No. 2:07-bk-20016-BB)<br><br>**ORDER APPROVING STIPULATION TO DISMISS APPEAL AND DISMISSING APPEAL**<br><br>**[No Hearing Required]** |

1  This Court has reviewed and considered the *Stipulation to Dismiss Appeal* (the
2  "Stipulation") filed on July 23, 2013.  Based on that review and consideration, the Court
3  finds that good cause exists to approve the Stipulation.
4  It is hereby ORDERED that:
5  1. The Stipulation is APPROVED.
6  2. This appeal is dismissed, with each party to bear its own fees and costs.

8  DATED: July 23, 2013   _____
9  Hon. Dale S. Fischer